IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,                          No. CR S-99-0294 GEB CMK

    vs.

DOROTHY R. HENDERSON, et al.

    Movants.

    _____/

## ORDER

Movants, who are federal prisoners proceeding pro se, have filed a motion to vacate, set aside, or correct the sentence pursuant to 28 U.S.C. § 2255. Currently before the court is the movants' June 17, 2005 "Motion for Entry of Judgment." Movants contend that, because 150 days have passed without response to their traverse, they are entitled to judgment by operation of law. However, this is incorrect. Respondent has filed an answer, and no response to movants traverse is required.

Good cause appearing IT IS ORDERED THAT movants Motion for Entry of Judgment is Denied.

DATED: September 6, 2005.

                                                  **CRAIG M. KELLISON**
                                                UNITED STATES MAGISTRATE JUDGE