IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,                            No. CR S-99-0294 GEB CMK P
                                              No. CIV S-03-1819 GEB CMK P

    vs.

GEORGE HENDERSON, JR.,

    Movant.

_____/

UNITED STATES OF AMERICA,

    Respondent,                            No. CR S-99-0294 GEB CMK P
                                              No. CIV S-03-2084 GEB CMK P

    vs.

DOROTHY R. HENDERSON,

    Movant.                                   <u>ORDER</u>

_____/

        Movant Dorothy Henderson has requested an extension of time to file objections to the September 8, 2006 findings and recommendations.  Good cause appearing, the request will be granted.  The court will also sua sponte grant movant George Henderson the same extension of time.

1

Accordingly, IT IS HEREBY ORDERED that:

1. Movant Dorothy Henderson's September 22, 2006 request for an extension of time is granted;

2. The court sua sponte grants movant George Henderson an extension of time; and

3. Movants may file objections to the September 8, 2006, findings and recommendations within 30 days of the date of this order.

DATED: September 28, 2006.

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

2