IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR S-99-0294-GEB-CMK |
| Respondent, | CIV S-03-1819-GEB-CMK-P |
| vs. | |
| GEORGE HENDERSON, JR., | |
| Movant. | |
| _____/ | |
| UNITED STATES OF AMERICA, | No. CR S-99-0294-GEB-CMK |
| Respondent, | CIV S-03-2084-GEB-CMK-P |
| vs. | ORDER |
| DOROTHY R. HENDERSON, | |
| Movant. | |
| _____/ | |

      Movants, who are proceeding pro se, bring these separate motions to correct or set aside a criminal judgment pursuant to 28 U.S.C. § 2255. Pending before the court is movant Dorothy Henderson's second motion for extension of time (Doc. 162 in the criminal docket) to file objections to the court's September 8, 2006, findings and recommendations. Good cause

1

appearing therefor, the request will be granted.  The court will also sua sponte grant movant George Henderson the same extension of time.  There shall be no further extensions of time.

        Accordingly, IT IS HEREBY ORDERED that:

    1.    Movant Dorothy Henderson's motion for an extension of time is granted;

    2.    The court sua sponte grants movant George Henderson an extension of time; and

    3.    Within 30 days of the date of this order, movants may file objections to the September 8, 2006 findings and recommendations.

DATED:  November 1, 2006.

                                              **CRAIG M. KELLISON**
                                              UNITED STATES MAGISTRATE JUDGE