IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:99-cr-294-GEB-CMK |
| | 2:03-cv-1819-GEB-CMK-P |
| Respondent, | |
| vs. | |
| GEORGE HENDERSON, JR., | |
| Movant. | |
| _____/ | |
| UNITED STATES OF AMERICA, | 2:99-cr-294-GEB-CMK |
| | 2:03-cv-2084-GEB-CMK-P |
| Respondent, | |
| vs. | <u>ORDER</u> |
| DOROTHY R. HENDERSON, | |
| Movant. | |
| _____/ | |

Movants, who are proceeding pro se, bring these separate motions to correct or set aside a criminal judgment pursuant to 28 U.S.C. § 2255. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

///

1

On September 8, 2006, the magistrate judge filed findings and recommendations herein which were served on movants and which contained notice to movants that any objections to the findings and recommendations were to be filed within ten days. Movants have not filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed September 8, 2006, are adopted in full;

2. Movants' motions pursuant to 28 U.S.C. § 2255 (Docs. 132 and 134 in the criminal docket) are denied; and

3. The Clerk of the Court is directed to close the companion civil cases designated as CIV S-03-1819-GEB-CMK-P and CIV S-03-2084-GEB-CMK-P.

Dated: January 25, 2007

GARLAND E. BURRELL, JR.
United States District Judge