IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR S-99-0294-GEB-CMK |
| Respondent, | CIV S-09-1824-GEB |
| vs. | ORDER |
| DOROTHY HENDERSON, | |
| Movant. | |
| _____/ | |

Movant, a federal prisoner proceeding pro se, brings this motion to correct or set aside a criminal judgment pursuant to 28 U.S.C. § 2255. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On December 7, 2009, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within a specified time. No objections to the findings and recommendations have been filed.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed December 7, 2009, are adopted in full;

2. The motion to vacate, set aside or correct sentence under 28 U.S.C. § 2255 (Doc. 169 in the criminal docket) is denied as a second or successive motion filed without proper authorization;

3. The Clerk of the Court is directed to terminate the application for authorization to file a second or successive application for relief (Doc. 170 in the criminal docket) as a pending motion pursuant to the Ninth Circuit's denial (Doc. 172 in the criminal docket);

4. The Clerk of the Court is directed to terminate the motion for entry of judgment (Doc. 148 in the criminal docket) as moot; and

5. The Clerk of the Court is directed to close companion civil case no. CIV S-09-1824-GEB.

Dated: January 20, 2010

GARLAND E. BURRELL, JR.
United States District Judge